UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 09-45 |
| JOHN KIMBERLING | : | <u>ORDER FOR CONTINUANCE</u> |

     This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Scott B. McBride, Assistant U.S. Attorney, appearing), and defendant John Kimberling (by Stephen N. Dratch, Esq.), and good cause having been shown, the Court makes the following findings:

     1.  This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; and

     2.  The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 14 day of ~~November~~ Dec, 2010,

ORDERED that this action be, and hereby is, continued until March 15, 2011, and the period between and including today's date through March 15, 2011, shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Section 3161(h)(7).

The Court's Order of severance and transfer remains in full force and effect.

Hon. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

_____
Scott B. McBride
Assistant U.S. Attorney


_____
Stephen N. Dratch, Esq.
Counsel for defendant John Kimberling